UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 4:13-MJ-01015-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER APPROVING |
| vs. | ) | DEBARRING THE DEFENDANT FROM |
| | ) | MARINE CORPS AIR STATION |
| RAFEL A. MOULTRIE | ) | CHERRY POINT |

The defendant, having pled nolo contendere to the sole charge of the criminal information, the court having found the defendant guilty of the charge, and the court having not ordered the defendant to a term of probation, it is

**ORDERED** that the defendant shall be debarred from Marine Corps Air Station Cherry Point, Cherry Point, North Carolina until April 17, 2014.

The Clerk hereby is directed to file this order.

This, the 17th day of April, 2013.

Robert B. Jones, Jr.
U.S. Magistrate Judge